Nava Industries, Doing Business as Riteway Trunk & Auto, Respondent, 
against
Richard Runge, Doing Business as Runge Design, Appellant. 




Certilman, Balin, Adler & Hyman, LLP (Anthony W. Cummings of counsel), for appellant.
Meyers Saxon & Cole, Esqs. (Richard H. Byrnes of counsel), for respondent.

Appeal from an order of the District Court of Nassau County, First District (Robert E. Pipia, J.), dated September 12, 2018. The order denied defendant's motion to, among other things, open his default in appearing on an adjourned court date.




ORDERED that the appeal is dismissed.
In this breach of contract action, defendant failed to appear on an adjourned court date. The District Court marked the case file "liability for plaintiff" and, in effect, scheduled an inquest on damages (see Uniform Rules for Dist Cts [22 NYCRR] § 212.14 [b] [1]). Defendant appeals from an order of the District Court dated September 12, 2018 denying his motion to, among other things, open his default.
The appeal must be dismissed, as the right of direct appeal from the order terminated with the entry of a judgment in December 2018 after the inquest (see Matter of Aho, 39 NY2d 241 [1976]).
Accordingly, the appeal is dismissed.
ADAMS, P.J., TOLBERT and GARGUILO, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 30, 2020